UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES M.,[1]<br><br>Petitioner,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,[2]<br><br>Respondent. | Case No. 2:21-CV-00075-DCN-DKG<br><br>**ORDER** |

On October 24, 2019, Petitioner filed an application for Disability Insurance Benefits and Supplemental Social Security Income with the Social Security Administration. Petitioner's application was denied. After exhausting his administrative remedies, Petitioner sought the Court's review.

On December 13, 2022, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. Dkt. 22. Pursuant to statute, Judge Grasham gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi is substituted for Andrew Saul pursuant to Federal Rule of Civil Procedure 25(d). Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021.

ORDER – 1

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

### ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on December 13, 2022 (Dkt. 22), is INCORPORATED and ADOPTED in its entirety.

2. Petitioner's Petition for Judicial Review is GRANTED as outlined in the Report and Recommendation.

3. This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

4. This Remand is to be considered a "sentence four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5. The Court will enter a separate judgment in favor of Petitioner in accordance with Civil Rule of Civil Procedure 58 and 42 U.S.C. § 405(g).

DATED: January 31, 2023

_____
David C. Nye
Chief U.S. District Court Judge